

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-mj-00643-DUTY |
| HERMELINDO EFRAIN OLIVERA-HERRERA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>the defendant</u>                                    , IT IS ORDERED that a detention hearing is set for <u>April 2</u>                                    , <u>2026</u>      , at <u>1:30</u>      ☐a.m. / ☒p.m. before the Honorable <u>Karen L. Stevenson</u>                                    , in Courtroom <u>580</u>                                    .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: <u>March 31, 2026</u>

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                    Page 1 of 1